NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT D. BURKE,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2026-1480

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-5670, Judge Scott Laurer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.



                                                        FOR THE COURT


June 24, 2026                               Jarrett B. Perlow
     Date                                      Clerk of Court


**ISSUED AS A MANDATE:** June 24, 2026